No. 1365. CAMPIGLIA *v.* NEW YORK. June 23, 1947.

No. 1282. GOMILA *v.* UNITED STATES. June 23, 1947.

No. 501. OKONITE COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. June 23, 1947. The motion for leave to file a second petition for rehearing is denied. 329 U. S. 829.

No. 741. QUINN *v.* UNITED STATES. June 23, 1947. 330 U. S. 822.

No. 909. MEYER *v.* HENWOOD, TRUSTEE, ET AL. June 23, 1947. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. 330 U. S. 836.

No. 940. HILL PACKING CO. *v.* CITY OF NEW YORK ET AL.; and

No. 1189. STARR *v.* STATE BOARD OF LAW EXAMINERS FOR THE STATE OF INDIANA ET AL. June 23, 1947. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 1235. SMITH *v.* UNITED STATES. June 23, 1947. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. MR. JUSTICE MURPHY is of the opinion the petition for rehearing should be granted.